**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CHARLA CONN and DUSTIN CONN,
　　　　　　*Plaintiffs-Appellants,*

　　　　　　v.

CITY OF RENO; RYAN ASHTON;
DAVID ROBERTSON,
　　　　　　*Defendants-Appellees.*

No. 07-15572

D.C. No.
Cv-05-00595-HDM
District of Nevada,
Reno

ORDER

On Remand From The United States Supreme Court

Filed September 6, 2011

Before: Mary M. Schroeder, Dorothy W. Nelson, and
Stephen Reinhardt, Circuit Judges.

---

**ORDER**

We reinstate the opinion at 591 F.3d 1081, except that in light of the Supreme Court's decision in *Connick v. Thompson*, 131 S. Ct. 1350 (2011), we affirm in all respects the district court's grant of summary judgment as to municipality liability. Parts III(C)(1) and III(C)(2) of the opinion will remain vacated. Therefore, we order that the district court's decision is AFFIRMED in part, REVERSED in part, and REMANDED.